E-Filed  – **JS-6**

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-4108-GHK (RZx) | Date | June 4, 2012 |
|---|---|---|---|
| Title | *Deutsche Bank National Trust Company v. Michael J. Corgnati, et al.* | | |

**Presiding: The Honorable**       **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**       **(In Chambers) Order Remanding Case**

On May 18, 2012, we issued an Order directing Defendants Michael J. Corgnati and Jack Savage ("Defendants") to show cause ("OSC") why the above-captioned action should not be remanded to state court for lack of subject matter jurisdiction. We noted that Defendants' Notice of Removal asserted that we have federal question jurisdiction based upon purported federal defenses and counterclaims. We stated that, on its face, the state court Complaint alleges only a claim for unlawful detainer, which does not provide us with jurisdiction under the "well-pleaded complaint" rule. We further stated that federal jurisdiction cannot rest upon actual or anticipated federal defenses or counterclaims. *See California ex rel. Lockyer v. Dynegy, Inc.*, 375 F.3d 831, 838 (9th Cir. 2004) ("[A] defense is not part of a plaintiff's properly pleaded statement of his or her claim. (quoting *Rivet v. Regions Bank*, 522 U.S. 470, 475 (1998)))"; *Vaden v. Discover Bank*, 556 U.S. 49, 60 (2009) ("[F]ederal jurisdiction [cannot] rest upon an actual or anticipated counterclaim."). Defendants timely responded to our OSC. Their response, which is largely unintelligible, again asserts that we have federal question jurisdiction based upon purported federal defenses or counterclaims. As noted, we previously explained that federal jurisdiction cannot rest upon an actual or anticipated defense or counterclaim. Accordingly, this case is hereby **REMANDED** to the state court from which it was removed.

**IT IS SO ORDERED.**

| | -- | : | -- |
|---|---|---|---|
| Initials of Deputy Clerk | | Bea | |